UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAPHAEL GEORGE RAYFORD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>R. MOJICA, et al.,<br><br>　　　　Defendant. | Case No. 14-2421-VC (PR)<br><br>**JUDGMENT** |

For the reasons stated in the Order of Dismissal, this case is DISMISSED. Dismissal is without prejudice to filing a paid complaint. Judgment is entered accordingly.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: July 3, 2014

_____
VINCE CHHABRIA
United States District Judge